IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-mj-182-NRN

***United States of America***,

      Plaintiff,

v.

Daniel Michael Morrissey

      Defendant.

---

**MOTION TO APPEAR REMOTELY FOR INITIAL APPEARANCE**

---

      I am an attorney at law licensed to practice in this Judicial District. I was admitted on October 29, 2021 to appear on behalf of this defendant. My office is in Los Angeles, California.

      As the Court is aware, this is an out of district matter arising from the District of the District of Columbia. It is one of the "Capitol" cases arising from the January 6, 2021 incidents in and around the US Capitol in Washington, D.C.

      Over the past few weeks I have been negotiating an initial appearance with AUSA Chris Tortorice, whose tasked with prosecuting this case. Mr. Tortorice, along with the investigating agents, agreed to have Mr. Morrissey surrender to the US Marshal in the District of Colorado for an initial appearance. The government is not seeking detention in this matter and, upon information and belief following my conversations with Probation, the Probation Office is not recommending detention or seeking supervision.

Last week or so, I contacted the Clerk of the Court and inquired if I could appear before Court in this matter by video or telephonically. I was told that I could, so I applied for admission to this District and was promptly admitted.

I have been retained by Mr. Morrissey in this matter and intend to represent him in the District of the District of Columbia.

I am respectfully requesting that I be permitted to appear remotely in this matter to represent Mr. Morrissey at today's initial appearance.

Respectfully submitted,

Anthony M. Solis, Esq
A Professional Law Corporation
23679 Calabasas Road, Suite 412
Calabasas, CA 91302
213-489-5880
Anthonysolislaw@gmail.com
Attorney for Defendant
Daniel Michael Morrissey